# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 04, 2019

Ms. Michelle M. Law
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 801
901 St. Louis Street
Springfield, MO  65806-0000

Ms. Rebecca E. Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW
1263 W. 72nd Terrace
Kansas City, MO  64114

    RE:  19-1232  In Re: Wesley Purkey

Dear Counsel:

    Wesley Purkey has filed a petition for writ of mandamus to expedite his execution. Counsel is requested to respond to this petition.  A response is due February 19, 2019.

    Thank you for your cooperation in this matter. No action will be taken on the petition for writ until this office receives your response.

               Michael E. Gans
               Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Wesley Ira Purkey
       Ms. Paige Wymore-Wynn

    District Court/Agency Case Number(s):  4:01-cr-00308-FJG-1

**Caption For Case Number:   19-1232**

In re: Wesley Ira Purkey

        Petitioner

**Addresses For Case Participants:   19-1232**

Ms. Michelle M. Law
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 801
901 St. Louis Street
Springfield, MO  65806-0000

Ms. Rebecca E. Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW
1263 W. 72nd Terrace
Kansas City, MO  64114

Mr. Wesley Ira Purkey
U.S. PENITENTIARY
14679-045
P.O. Box 33
Terre Haute, IN  47808-0033

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000