Michael Gans/
U.S. Court of Appeals
For the Eigth Circuit

FILED

FEB 0 4 2019

MICHAEL GANS
CLERK OF COURT

January 29, 2019

Dear MR. Gans—

Please find enclosed my Petition
For A Writ of Mandemus, whereas I have
enclosed the original and 3 Copies For Filing
with the Court.

Sincerely,

Wesley I. Turkey 14679-045
United States Penitentiary
P.O. Box 33
Terre Houte Ind 47808
Petitioner pro se

cc: file

RECEIVED

FEB 1 2019

U.S. COURT OF APPEALS
EIGHTH CIRCUIT