United States Court of Appeals
For the Eighth Circuit

FILED
FEB 04 2019
MICHAEL GANS
CLERK OF COURT

RE:    Wesley I. Purkey,
       Petitioner,

                    W.D. Mo. K.C.
       Case No.# 01-00308-01-CR-W-FJG
       Eighth Cir. #

            Petition For A Writ of Mandamus

     The petitioner, Wesley I. Purkey, pro se
Respectfully Request the Court to exercise it's
authority under 28 USC § 1651(a)[28 USCS § 1651(a)]
to compel the United States District Court for the
Western District of Missouri to Rule on and to
grant petitioner's Motion to "Expedite his exe-
cution" for Reasons, facts and authority set
forth through his September 6th 2018 Motion
filed with that Court. See attached appendage
(A).

                    Jurisdiction

     This Court has jurisdiction to Review any
Decision or lack thereof from any United States
District Court in its jurisdiction. See 28 U.S.C.S
§ 1254(1). Here petitioner has satisfied all

                    - 1 -

Requirements for the Court to issue an order compelling the lower court to Rule and grant petitioners Motion. See KERR v. U.S. 426 US 394, 403, L.ED.2D 725 (1976). Further Petitioner presents additional material to support both his Request to grant this Writ of Mandamus, and in to compel the District Court to grant his Motion to expedite his execution. See attached Appendage (B). The Issues delineated through appendage (B) continue undaunted.

Wherefore Petitioner Respectfully Request that the Court issue the Writ of Mandamus Compelling the District Court of the Western District of Missouri to Rule on and grant Petitioner with a expeditious execution date.

Respectfully Submitted,

January 28, 2019

Wesley I. Turkey
Wesley I. Turkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute Ind 47808
Petitioner Pro Se

- 2 -

Certificate of Service

The undersigned does attest that he mailed a true and correct copy of the foregoing via First Class Mail on this 28th day of January, 2019 to:

Kathleen D. Mahoney
U.S. Asst Attorney
U.S. States Attorney's Office
Room 5510
400 E. 9th Street
Kansas City, MO 64106

Wesley I. Turkey
Wesley I. Turkey
Declarant

-3-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

WESLEY I. PURKEY,

     Petitioner,

vs.                              Case No. 01-00308-01-CR-W-FJG

UNITED STATES OF AMERICA,

     Respondent.

---

## MOTION FOR THE COURT TO SET AN EXPEDITIOUS EXECUTION DATE

     Petitioner, Wesley I. Purkey hereafter (Purkey), action pro se in this matter pursuant to Faretta v. Califorina, 442 U.S. 806, 96 S.Ct. 1525 (1975) and seeks an order by the Court setting an expeditious execution date in Purkey's capital conviction. In support of such request Purkey states the following:

     This court is the court of original jurisdiction and thereby it is the only and proper court of jurisdiction to set a expeditious execution date. Whereby' Purkey has exhausted all appellate remedies available to him including review by the United States Supreme Court. See Purkey v. United States, (190 L.Ed2d 250) 2014 US LEXIS 6896/Oct. 14th, 2014); 729 F.2d 860 (8th Cir. 2014). No other available appellate remedies exist for Purkey to seek review of his capital convictions. Thereby, no delay will occur in the Court granting Purkey's request for an expeditious execution date to be set, whereas such request by Purkey is being made both "voluntarily and intelligently".

     Wherefore' based on the facts set forth Purkey does request that the Court grant him with an expeditious execution date.

1.

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Petitioner / pro se

Certificate Of Mailing

The undersigned does declare that he mailed a true and correct copy of the foregoing on this 6th day of September, 2018 by U.S. Mail with sufficient first class postage attached to:

Kathleen D. Mahoney
U.S. Asst. Attorney
U.S. Attorney's Office
Room 5510
400 E. 9th Street
Kansas City, Missouri 64106

Wesley I. Purkey ' declarant

2.

App. (B) p.1 of 2

Declaration Of Wesley I. Purkey Under Pains Of Perjury

Wesley I Purkey, being competent to make this declaration and having personal knowledge of the matters stated therein, declares under pains of perjury pursuant to 28 U.S.C. § 1746 that:

1. In the past two years Special Confinement Unit (SCU) Case Worker Sutton has continuously interferred with my access to the court anent my capital habeas proceedings by deliberately interferring with my legal calls to my capital habeas attorneys. In fact when contacted by Mr. Law or Ms. Woodman for scheluding legal calls Sutton has malicious advised them that the requested time for the calls are not available and then when a call is scheluded limiting it to just one hour. Because of such deliberate interference with my legal calls, which is motivated by Sutton retaliatory animus against me for exercising my rights for seeking redress regarding conditions of my death row confinement, and as well as for assisting other inmates with both grievance and litigation seeking redress for abuses regarding their death row confinement my habeas attorneys' have stopped trying to schelude legal calls in the past two months all together.

2. In the past year and a half or more both SCU Unit Manager Thomas and Case Worker Sutton have reiterated and clarified that because of my sedulous and assiduous filing of administrative remedies, and as well as for assisting other inmates in filing of such in turn and aiding other inmates in preparing and filing litigation naming Thomas as a named defendant in such litigation that any and all visitors that I request visitation with will be denied, and they have maintained this tactic policy on different occasions denying requested visitors without reason given.

3. Because of the ossify animus against me by both Thomas and Sutton for my sedulous filing of administrative redress for issues anent my death row confinement and aiding other inmates with issues of their death row confinement they have clarified that I will not be afforded Phase II placement - period.

4. Because of the ongoing retaliation being taken against me by Sutton and Thomas I have filed a motion with the court for a expeditious execution date to be scheluded. See Attachment (A).

5. Being moved from cell C-419 to cell 403-C in September, 2018 I found a significant sized piece of iron/weapon stashed underneather the corner of my bunk. The following day I turned this over to OIC Shanon. Sometime later after an inmate who had lived on Upper C-Range was returned from Upper B-Range - the orderly who Sutton had designated came to my cell and told me that, "ole boy wants to get that piece of iron that is in the back side of your bunk, in between the wall and the leg of the bunk." When I told him that nothing was there he became irate. The following day when all four of my laundry bags came up missing - ultimately the Unit Orderly found them laying in a empty laundry cart where the range orderly had thrown them. Two of the four bags had piss poured on them, one of the other two bags had been open and personal items taken out of. The following two laundry

1.

days my laundry bags came up missing again - and were later found in an empty laundry cart thrown there by the range orderly. Suttona and Thomas were made aware of such abuse taking place and told me - we will look into it.

6. On November 2nd., 2018 I was forced to move to cell C-411 under threat of disciplinary action. Entering the call I smelled what seemed like rotten apples and I asked C.O. Gard who had just moved out of 411 and he said Bourgeois. I then asked him if he smelled that ordor and he said no. Later I found feces smeared under the cell bunk and table as well as in between the bunk and table as well. I sent Sutton a Cop Out regarding such which to date he has refused to respond to. See Attachment B.

7. Inmate Bourgeois is the same inmate that the rotation prior to this one had caked his cell in fecal matter forcing the entierety range to live in the fecal fumes for days. When Sutton and Thomas asked him why he had caked his cell with feces the told them that, "I didn't want anyone else to move into my cell." Based on this action Sutton and Thomas did not issue Bourgeois disciplinary action, but rewarded him by allowing him to move back to and maintain that cell for himself. See Exhibit (C).

8. Despite having available several open cells on the range including 409 and 414 Sutton deliberately moved me to 411, whereas the range orderly and Bourgeois has schemed to have me moved to 411 and force me to deal with the caked feces underneather the bunk and table. When I asked the orderly on Monday while he was out working that evening why he listed me to move to 411 when I had requested to be moved to 419 he told me that, "Sutton told me that I could move you where-ever I wanted and so I did." He went onto clarified that, "Sutton thinks you're a piece of shit anyway, and I will do what I want on this range."

The undersigned does declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the above and foregoing is true and correct to the best of his knowledge and beliefs. Executed on this 7th day of November, 2018.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Delarant

2.