Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 46808



INMATE
IDENTIFICATION
CONFIRMED



Legal
Mail

Michael Cans/U.S. Court of Appeals
United States Court of Appeal
        For the Eigth Circuit
111 S. 10th St
    St. Louis, MO 63102