INMATE
IDENTIFICATION
CONFIRMED



RECEIVED

JAN 29 2019

BY: _____

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 4__02
DATE: _____

The enclosed letter was processed through special mail procedures for
forwarding to you. The letter has been neither opened nor inspected. If
the writer raises a question or problem over which this facility has
jurisdiction, you may wish to return the material for further information
or clarification. If the writer encloses correspondence for forwarding
to another individual, please return to the above address.