# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT


In Re:  WESLEY IRA PURKEY,    )

    )    **No. 19-1232**

    **Petitioner.**    )


## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S WRIT OF MANDAMUS

COMES NOW Counsel for Petitioner, Wesley Ira Purkey, and hereby requests an extension of time to comply with the Court's order to respond to the writ of mandamus filed by Mr. Purkey. More specifically, counsel requests an order from this Court extending the deadline to March 1, 2019. In support of the Motion for Extension of Time, counsel offers the following suggestions.

## SUGGESTIONS IN SUPPORT OF MOTION FOR EXTENSION OF TIME

1. Wesley Purkey is a death-sentenced inmate currently incarcerated in the Secure Confinement Unit at the United States Penitentiary (USP) in Terre Haute, Indiana. On January 23, 2004, United States District Court Judge Gaitan sentenced Mr. Purkey to death after a jury found him guilty of kidnapping resulting in death and recommended a sentence of death (WDMO Case No. 01-CR-00308-FJG, DCD 506). Mr. Purkey appealed and collaterally attacked his conviction and sentence without success.

1

2.     On August 15, 2014, this Court appointed the Federal Public Defender for the Western District of Missouri as co-counsel for Mr. Purkey (Eighth Circuit Case No. 10-3462, Entry ID 4186567).  On August 18, 2014, counsel entered her appearance (Entry ID 4186773).  Together with co-counsel Rebecca Woodman, counsel regularly communicates with Mr. Purkey by telephone and by visiting him at USP Terre Haute.  Additionally, counsel continues to investigate Mr. Purkey's legal options to challenge his conviction and death sentence.

3.     Prior to receiving the Court's order to respond to Mr. Purkey's writ of mandamus, counsel had scheduled a visit with Mr. Purkey for Thursday, February 21, 2019, at 9:00 a.m.  Given the magnitude of the issues involved, and the attendant ethical obligations, counsel feels compelled to discuss the writ of mandamus with Petitioner before filing a response.

4.     An extension of time to and including March 1, 2019, would allow counsel time to visit with Mr. Purkey at USP Terre Haute, confer with co-counsel Rebecca Woodman and formulate a response to Mr. Purkey's writ of mandamus.

WHEREFORE counsel respectfully requests that the Court enter an order extending to the deadline for filing a response to Petitioner's writ of mandamus to March 1, 2019.

Respectfully submitted,
**LAINE CARDARELLA**
Federal Public Defender
Western District of Missouri


By      _/s/ Michelle M. Law_
        **MICHELLE M. LAW**
        Assistant Federal Public Defender
        901 St. Louis, Ste. 801
        (417) 873-9022
        Attorney for Petitioner
        Wesley Ira Purkey

February 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that one of the participants in the case is not a CM/ECF user. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant:

Mr. Wesley Ira Purkey
Register No. 14679-045
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana  47808-0033

*/s/ Michelle M. Law*
**MICHELLE M. LAW**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because this motion contains 348 words. I further certify this motion complies with the typeface requirement of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, Times New Roman Font Face in Font size 14.

*/s/ Michelle M. Law*
**MICHELLE M. LAW**