# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1232

In re: Wesley Ira Purkey

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:01-cr-00308-FJG-1)
_____

## ORDER

Hereby granting counsel for petitioner's request for an extension of time, up to and

including, March 1, 2019, to file a response to Wesley Purkey's petition for writ of mandamus.

February 06, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans