**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

In Re:  WESLEY IRA PURKEY,   )
             )  **No. 19-1232**
    **Petitioner.**    )

**MOTION TO VOLUNTARILY DISMISS
PETITION FOR WRIT OF MANDAMUS**

COMES NOW Petitioner Wesley Ira Purkey, by and through counsel, and hereby moves this Court for an order dismissing the Petition for Writ of Mandamus (Entry ID 4752676).  In support of his motion, Mr. Purkey states the following:

1.  On February 4, 2019, Mr. Purkey filed a petition for writ of mandamus to expedite his execution pursuant to the death sentence imposed in Western District of Missouri Case No. 01-CR-00308-FJG.  On the same day, this Court requested that counsel file a response to the Petition by February 19, 2019.

2.  On February 5, 2019, counsel filed a motion to extend the deadline for filing the response to the Petition (Entry ID 4753334) so that on February 21, 2019, counsel could visit Mr. Purkey at his place of confinement to discuss his request to expedite his execution.  This Court granted the request and extended the deadline for filing a response to March 1, 2019 (Entry ID 4753553).

3.  On February 21, 2019, Counsel visited Mr. Purkey at his place of confinement, the Secure Confinement Unit at USP Terre Haute, Terre Haute,

Indiana. During the visit, Counsel discussed with Mr. Purkey the issues raised in the Petition. After consultation, Mr. Purkey authorized counsel to inform this Court of his desire to withdraw the Petition. His written request to withdraw the Petition is attached to this motion for voluntary dismissal.

4. Given Mr. Purkey's desire to withdraw the Petition, and this motion for voluntary dismissal, counsel will not file a response to the Petition unless otherwise ordered by this Court.

Respectfully submitted,
**LAINE CARDARELLA**
Federal Public Defender
Western District of Missouri


By    * /s/ Michelle M. Law*
         **MICHELLE M. LAW**
         Assistant Federal Public Defender
         901 St. Louis, Ste. 801
         (417) 873-9022
         Attorney for Petitioner
         Wesley Ira Purkey

February 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that one of the participants in the case is not a CM/ECF user. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant:

Mr. Wesley Ira Purkey
Register No. 14679-045
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808-0033

*/s/ Michelle M. Law*
**MICHELLE M. LAW**

# <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing motion complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because this motion contains 257 words. I further certify this motion complies with the typeface requirement of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016, Times New Roman Font Face in Font size 14.

*/s/ Michelle M. Law*
**MICHELLE M. LAW**