# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

In Re:  WESLEY IRA PURKEY,    )
                                  )  **No. 19-1232**

          Petitioner.    )

## PETITIONER'S REQUEST TO WITHDRAW
## PETITION FOR WRIT OF MANDAMUS

COMES NOW Petitioner, Wesley Ira Purkey, and after consultation with

counsel, hereby requests that this Court withdraw his Petition for Writ of

Mandamus (Entry ID 4752676).

Respectfully Submitted,

February 21, 2019

Wesley I. Purkey, #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808