# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 19-1232

———————————

In re: Wesley Ira Purkey

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:01-cr-00308-FJG-1)

---

## JUDGMENT

The petitioner's motion to dismiss the writ of mandamus is granted. The petition for writ of mandamus is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 26, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans