**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 26, 2019

Ms. Michelle M. Law
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 801
901 St. Louis Street
Springfield, MO  65806-0000

RE:  19-1232  In Re: Wesley Purkey

Dear Counsel:

Attached is a copy of an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Wesley Ira Purkey
       Ms. Rebecca E. Woodman
       Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s):  4:01-cr-00308-FJG-1