# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1232

In re: Wesley Ira Purkey

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:01-cr-00308-FJG-1)

_____

## MANDATE

In accordance with the judgment of 02/26/2019, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

February 26, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit